1    LYNN HUBBARD III, SBN 69773
     SCOTTLYNN J HUBBARD IV, SBN 212970
2    DISABLED ADVOCACY GROUP, APLC
     12 Williamsburg Lane
3    Chico, CA 95926
     Telephone:  (530) 895-3252
4    Facsimile:  (530) 894-8244

5    Attorneys for Plaintiff

6    JOHN G. CONNOLLY, SBN 115550
     CONNOLLY, FINKEL & GOSSELIN LLP
7    601 S. Figueroa Street, Suite 2610
     Los Angeles, CA 90017
8    Telephone: (213) 452-6500
     Facsimile: (213) 622-2171
9
10   Attorneys for Defendant
     VF Outdoor, Inc.

11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15   LARY FEEZOR,                         Case No. 4:10-cv-02355-LB

16          Plaintiff,

17   v.                                   STIPULATION  FOR  DISMISSAL  OF
                                          DEFENDANT VF OUTDOOR, INC. and
18   CHELSEA GCA REALTY PARTNERSHIP,      [Proposed] ORDER THEREON
     LP, et al.
19
20          Defendants.
                                      /
21

22

23

24

25

26

27

28

Stipulation for Dismissal of Defendant VF
Outdoor, Inc.; [Proposed] Order Thereon        - 1 -        *Feezor v. Chelsea GCA Realty Partnership, LP, et al.*
                                                            Case No. 4:10-cv-02355-LB

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, VF OUTDOOR, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to VF OUTDOOR, INC.** *only*.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **VF OUTDOOR, INC.**

Dated: December 6, 2010                    DISABLED ADVOCACY GROUP, APLC


                                           */s/   Lynn Hubbard III*
                                           LYNN HUBBARD III
                                           Attorney for Plaintiff LARY FEEZOR

Dated: December 6, 2010                    CONNOLLY, FINKEL & GOSSELIN LLP


                                           */s/   John G. Connolly*
                                           JOHN G. CONNOLLY
                                           Attorney for Defendant VF OUTDOOR, INC.


## ORDER

Pursuant to Stipulation, IT IS SO ORDERED that Plaintiff Lary Feezor's complaint is hereby dismissed with prejudice as to defendant VF OUTDOOR, INC.

Dated: December 8, 2010                    _____
                                           United States District Court Judge

IT IS SO ORDERED
Judge Laurel Beeler