1

2

3

4

5

6

7

8              UNITED STATES  DISTRICT COURT

9                 Northern District of California

10                      Oakland Division

11   LARY FEEZOR,                        No. C 10-02355 LB

12                 Plaintiff,            **ORDER DIRECTING PARTIES TO
                                         FILE CONSENT/DECLINATION**
13       v.                              **FORM**

     CHELSEA GCA REALTY PARTNERSHIP
14   LP, *et al.*,

15               Defendants.
     _____/

16

17        This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all

18   purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to

19   conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the

20   consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to

21   the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any

22   other judgment of a district court.

23        The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have

24   the right to have their case assigned to a United States District Judge for trial and disposition.

25   Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or

26   request reassignment to a United States District Judge.  Each party shall file either a consent or

27   ///

28   ///

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

ORDER (C 10-02355)

declination form attached to this Order by <u>February 1, 2011</u>.

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

## UNITED STATES  DISTRICT COURT

### Northern District of California

Oakland Division

LARY FEEZOR,                                        No.  C 10-02355 LB

          Plaintiff,                                 **CONSENT TO PROCEED BEFORE A
                                                     UNITED STATES MAGISTRATE JUDGE**

     v.

CHELSEA GCA REALTY PARTNERSHIP
LP, *et al.*,

          Defendants.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in the

case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

directly to the United States Court of Appeals for the Ninth Circuit.


Dated: _____           _____
                                          Signature

                                          Counsel for _____
                                          (Plaintiff, Defendant or indicate "pro se")


C 10-02355 LB

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

LARY FEEZOR,                                        No.  C 10-02355 LB

        Plaintiff,                              **DECLINATION TO PROCEED BEFORE
                                                     A UNITED STATES MAGISTRATE
  v.                                          JUDGE AND REQUEST FOR
                                                     REASSIGNMENT TO A UNITED
CHELSEA GCA REALTY PARTNERSHIP                       STATES DISTRICT JUDGE**
LP, *et al.*,

        Defendants.
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party declines to consent to the assignment of this case to a United States

Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                      Counsel for _____
                                      (Plaintiff, Defendant, or indicate "pro se")

C 10-02355 LB