1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  MARK L. EISENHUT, SBN 185039
   RYAN M. McNAMARA, SBN 223606
7  CALL & JENSEN
   610 Newport Center Drive, Suite 700
8  Newport Beach, CA 92660
   Telephone: (949) 717-3000
9  Facsimile: (949) 717-3100

10 Attorneys for Defendant
   SCCA STORE HOLDINGS, INC.
11 dba SAKS OFF FIFTH #752

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 4:10-cv-02355-LB |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and [Proposed] ORDER THEREON |
| CHELSEA GCA REALTY PARTNERSHIP, LP, et al. | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, SCCA STORE HOLDINGS, INC. dba SAKS OFF FIFTH #752, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 25, 2011          DISABLED ADVOCACY GROUP, APLC

                                                                */s/   Lynn Hubbard III*
                                                                LYNN HUBBARD III
                                                                Attorney for Plaintiff LARY FEEZOR

Dated: January 24, 2011          CALL & JENSEN

                                                                 */s/   Mark L. Eisenhut*
                                                               MARK L. EISENHUT
                                                               Attorney for Defendant SCCA STORE HOLDINGS, INC. dba SAKS OFF FIFTH #752

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED that Plaintiff Lary Feezor's complaint is hereby dismissed with prejudice.

Dated: February 3, 2011

United States District Court Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*